IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LOUIS VEGA,<br><br>  Plaintiff,<br><br>vs.<br><br>JHON CHOKATOS, et al.,<br><br>  Defendants.<br>_____/ | 1:10-cv-01625-BAM (PC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AS MOOT<br><br>(ECF No. 18) |

On January 4, 2012 an order issued dismissing this action for failure to state a claim and judgment was entered. On January 10, 2012, Plaintiff filed a motion seeking the appointment of counsel. Since this action has been dismissed Plaintiff's motion for appointment of counsel is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: **January 11, 2012**           /s/ **Barbara A. McAuliffe**
                                                        UNITED STATES MAGISTRATE JUDGE

-1-